IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES C. DRUMMOND,

Plaintiff,

v.

INLAND MARINE SERVICES, INC., *et al.*,

Defendants.

Case No. 23-cv-781 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/7/2024**           **MONICA A. STUMP, Clerk of Court**

                              **s/ Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**